PROB 12A
(7/93)

# United States District Court
## for
## District of New Jersey
## Report on Offender Under Supervision

Name of Offender: Kerwin Paulino  Cr.: 07-01000-001
PACTS #: 48840

Name of Sentencing Judicial Officer: Susan D. Wigenton, USDJ

Date of Original Sentence: 05/07/08

Original Offense: Conspiracy to Import Cocaine

Original Sentence: 24 months imprisonment, 3 years supervised release, $100 special assessment

Type of Supervision: Supervised Release          Date Supervision Commenced: 02/05/09

## NONCOMPLIANCE SUMMARY

The offender has not complied with the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1 | The offender has violated the supervision condition which states '**The defendant shall refrain from the illegal possession and/or use of drugs and shall submit to urinalysis or other forms of testing to ensure compliance. It is further ordered that the defendant shall submit to drug treatment, on an outpatient or inpatient basis, as directed by the U.S. Probation Office. The defendant shall abide by the rules of any program and shall remain in treatment until satisfactorily discharged with the approval of the U.S. Probation Office.**'<br><br>During an office visit on December 29, 2009, Paulino admitted to smoking marijuana three days earlier. A specimen was not sent to the laboratory since Paulino signed an "Admission of Drug Use" form. |
| 2 | The offender has violated the supervision condition which states '**You shall work regularly at a lawful occupation unless excused by the probation officer for schooling, training or other acceptable reasons.**'<br><br>Paulino has been predominantly unemployed while on supervision, and he has not been actively involved in rectifying this situation. Paulino recently went to the Passaic County One Stop Career Center in Paterson, New Jersey, as directed and an appointment was scheduled for January 26, 2010. |

PROB 12A - Page 2<br>Kerwin Paulino

U.S. Probation Officer Action:

■ As a result of Paulino's drug use, the Probation Office will increase urine testing and will refer Paulino for a substance abuse evaluation to determine if treatment is needed. In the interim, Paulino has been instructed to participate in one Narcotics Anonymous meeting per week.

■ Regarding employment, the probation officer will continue to counsel and monitor offender's compliance with this standard condition.

Respectfully submitted,

By: Denise Morales<br>
U.S. Probation Officer<br>
Date: 12/30/09

*No Response is necessary unless the court directs that additional action be taken as follows:*

[ ] Submit a Request for Modifying the Conditions or Term of Supervision
[ ] Submit a Request for Warrant or Summons
[ ] Other

_____
Signature of Judicial Officer

_____
Date