PROB 12A
(7/93)

# United States District Court
## for
## District of New Jersey
## Report on Offender Under Supervision

Name of Offender: Kerwin Paulino   Cr.: 07-01000-001
PACTS #: 48840

Name of Sentencing Judicial Officer: Susan D. Wigenton, USDJ

Date of Original Sentence: 05/07/08

Original Offense: Conspiracy to Import Cocaine

Original Sentence: 24 months imprisonment, 3 years supervised release, $100 special assessment

Type of Supervision: Supervised Release   Date Supervision Commenced: 02/05/09

## NONCOMPLIANCE SUMMARY

The offender has not complied with the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1 | The offender has violated the supervision condition which states 'The defendant shall refrain from the illegal possession and/or use of drugs and shall submit to urinalysis or other forms of testing to ensure compliance. It is further ordered that the defendant shall submit to drug treatment, on an outpatient or inpatient basis, as directed by the U.S. Probation Office. The defendant shall abide by the rules of any program and shall remain in treatment until satisfactorily discharged with the approval of the U.S. Probation Office.' |
| | Please be advised that since the original notification to the Court dated December 30, 2009, regarding Paulino's drug use, he has tested positive on another three occasions (January 5, 2010; January 15, 2010; February 9, 2010). This is not due to the substance remaining in his system. Rather, Paulino has admitted to continuing to smoke marijuana. |

U.S. Probation Officer Action:

As verified by program officials, Paulino is currently attending Options Counseling Center (Intensive Outpatient and Partial Care Services for Mental Health and Addiction Disorders), Paterson, New Jersey. We will continue to monitor his attendance and progress at the program and will advise the Court if a different course of action appears appropriate based on the information received.

PROB 12A - Page 2
Kerwin Paulino

Respectfully submitted,

By: Denise Morales
U.S. Probation Officer
Date: 02/09/10

*No Response is necessary unless the court directs that additional action be taken as follows:*

[ ] Submit a Request for Modifying the Conditions or Term of Supervision
[ ] Submit a Request for Warrant or Summons
[ ] Other

Signature of Judicial Officer

Date