PROB 12B
(7/93)

# United States District Court

## for

## District of New Jersey

## Request for Modifying the Conditions or Term of Supervision with Consent of the Offender

*(Probation Form 49, Waiver of Hearing is Attached)*

Name of Offender: Kerwin Paulino　　　　　　　　　　　　　　　　Cr.: 07-01000-001
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　PACTS Number: 48840

Name of Sentencing Judicial Officer: Susan D. Wigenton, USDJ

Date of Original Sentence: 05/07/08

Original Offense: Conspiracy to Import Cocaine

Original Sentence: 24 months imprisonment, 3 years supervised release, $100 special assessment

Type of Supervision: Supervised Release　　　　　　　Date Supervision Commenced: 02/05/09

## PETITIONING THE COURT

[ ]　To extend the term of supervision for　　　Years, for a total term of　　　Years.
[X]　To modify the conditions of supervision as follows. The addition of the following special condition(s):

LOCATION MONITORING PROGRAM　(3 months) (Payment waived)

You are to participate in the Location Monitoring Program. You shall be confined to your residence for a period of 3 months commencing at the direction of the U.S. Probation Office. You shall be required to be at this residence at all times except for approved absences for gainful employment, community service, religious services, medical care, educational or training programs and at other such times as may be specifically authorized by the U.S. Probation Office. You shall wear a Location Monitoring device and follow all location monitoring procedures. You shall permit the Probation Officer access to the residence at all times and maintain a telephone at the residence without any custom services or portable, cordless equipment. You shall comply with any other specific conditions of home confinement as the Court may require. The U.S. Probation Office may use less restrictive location monitoring technology if the U.S. Probation Office determines that a less restrictive device is available and appropriate.

## CAUSE

Since the last submission to the Court of the Probation Form 12A, Report on Offender Under Supervision, dated February 9, 2010, Paulino has tested positive for marijuana on an additional five occasions (February 17, 2010; March 8, 2010; March 22, 2010; April 27, 2010; May 3, 2010); he has failed to report for random drug testing on four occasions (February 16, 2010; March 18, 2010; April 9, 2010; April 28, 2010) and he was discharged from treatment at Options, Paterson, New Jersey.

PROB 12B - Page 2

Regarding employment, Paulino worked briefly for a temporary employment agency; he is currently unemployed. The undersigned will continue to work with Paulino with this regard. He will be referred for out-patient treatment at Straight and Narrow, Paterson, New Jersey.

Respectfully submitted,

By: Denise Morales
U.S. Probation Officer
Date: 05/03/10

THE COURT ORDERS:

[X] The Modification of Conditions as Noted Above
[ ] The Extension of Supervision as Noted Above
[ ] No Action
[ ] Other

Signature of Judicial Officer

May 6, 2010
Date